AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

## UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America )
v. )
Kyllo Penn, )
) Case No: CR 06-392-BR
) USM No: 55887-065
Date of Original Judgment: 09/23/2008 )
Date of Previous Amended Judgment: _____ ) Susan Russell
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

· Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  121 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/23/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  November 2, 2011            _____
                                          *Judge's signature*

Effective Date: _____          U.S. District Judge Anna Brown
*(if different from order date)*              *Printed name and title*